1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER RAYBURN,      )    Case No. SACV 11-00287
                                )    JGB(SHx)
12                 Plaintiff,   )
                                )    **JUDGMENT**
13        v.                    )
                                )
14   COUNTY OF ORANGE, et       )
     al.,                       )
15                              )
                   Defendants.  )
16   _____)

17

18   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19        Pursuant to the Order filed herewith, IT IS ORDERED

20   AND ADJUDGED that Plaintiff's Second Amended Complaint is

21   DISMISSED WITHOUT PREJUDICE.  The Court orders that such

22   judgment be entered.

23

24

25   Dated: February 21, 2013    _____

26                                       JESUS G. BERNAL
                                  United States District Judge

27

28